# Third District Court of Appeal

## State of Florida

Opinion filed February 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0578
Lower Tribunal No. 22-3161-SP-26
_____

**Star Casualty Insurance Company,**
Appellant,

vs.

**Dr. Car Glass, LLC, a/a/o Viviana Robles,**
Appellee.

An Appeal from a non-final order from the County Court for Miami-Dade County, Eleane Sosa-Bruzón, Judge.

Cole, Scott & Kissane, P.A., and Mark D. Tinker and Brandon J. Tyler (Tampa), for appellant.

Kula & Associates, P.A., and Elliot B. Kula and William D. Mueller, for appellee.

Before FERNANDEZ, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.